# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2150 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 174 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 80594 |
| RONALD JAMES GROSS | : | |
| Respondent | : | (York County) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 3rd day of December, 2015, on certification by the Disciplinary Board that Ronald James Gross, who was suspended for a period of six months, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Ronald James Gross is reinstated to active status, effective immediately.